IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREG KEY                                                                                              PLAINTIFF

v.                                               No. 4:09CV00658 JLH

HAYWARD FINKS, *et al.*                                                                    DEFENDANTS

## ORDER

Without objection, plaintiff's motion to extend the motion cut-off date up to and including July 27, 2010, is GRANTED. Document #20.

IT IS SO ORDERED this 14th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE