IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREG KEY                                                                                                      PLAINTIFF

v.                                          No. 4:09CV00658 JLH

HAYWARD FINKS, Individually,
and in his Official Capacity as a Captain
of the Little Rock Police Department;
WILLIE DAVIS, Individually,
and in his Official Capacity as a Sergeant of the
Little Rock Police Department; and
CITY OF LITTLE ROCK                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Greg Key. The complaint of Greg Key is dismissed with prejudice.

IT IS SO ORDERED this 1st day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE