**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

GREG KEY                                                                                          PLAINTIFF

v.                                      No. 4:09CV00658 JLH

HAYWARD FINKS, Individually,
and in his Official Capacity as a Captain
of the Little Rock Police Department;
WILLIE DAVIS, Individually,
and in his Official Capacity as a Sergeant of the
Little Rock Police Department; and
CITY OF LITTLE ROCK                                                                    DEFENDANTS

**AMENDED JUDGMENT**

Pursuant to the Opinion and Order entered on September 1, 2010, and the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Greg Key that arise under the constitution and laws of the United States of America. As to those claims, the complaint of Greg Key is dismissed with prejudice. The claims of Greg Key arising under the constitution and laws of the State of Arkansas are dismissed without prejudice.

IT IS SO ORDERED this 10th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE